William METHENEY, Plaintiff–Appellee,

v.

BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., Defendant–Appellant.

No. 05–15941

Non–Argument Calendar.

D.C. Docket No. 04–01667–CV–T–26MAP.

United States Court of Appeals, Eleventh Circuit.

April 3, 2006.

Harold Everett Barker, DiCesare, Davidson & Barker, P.A., Lakeland, FL, for Plaintiff–Appellee.

James R. Wiley, Lori Y. Baggett, Carlton Fields, P.A., Tampa, FL, for Defendant–Appellant.

Before CARNES, PRYOR and COX, Circuit Judges.

PER CURIAM:

The Defendant Brinker International Payroll Company, L.P. ("Brinker"), appeals following a verdict and judgment in favor of the Plaintiff William Metheney in this Fair Labor Standards Act case. Brinker argues: (1) that the trial court erred in denying Brinker's motion for judgment as a matter of law; or, alternatively, that the trial court abused its discretion in denying Brinker's motion for a new trial; (2) that the trial court abused its discretion in ex-

cluding evidence of bias on the part of Metheney and Smith, Metheney's principal witness; (3) that the trial court erred in formulating the verdict form submitted to the jury; and (4) that the trial court abused its discretion in determining the amount of attorneys' fees awarded. We have carefully considered Brinker's argu-ments and conclude that no reversible error has been shown.

AFFIRMED.